Billy WILLIAMS, Petitioner–Appellant,

v.

Gene M. JOHNSON, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 03–6507.

United States Court of Appeals, Fourth Circuit.

Submitted June 19, 2003.

Decided June 25, 2003.

Billy Williams, Appellant Pro Se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Billy Williams, a state prisoner, seeks to appeal the district court's order accepting the magistrate judge's recommendation to deny relief on his petition filed under 28 U.S.C. § 2254 (2000), in which he challenged his 1998 convictions for first degree murder and use of a firearm during the commission of a felony. An appeal may not be taken from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller–El v. Cockrell, 537 U.S. 322, 123 S.Ct. 1029, 1040, 154 L.Ed.2d 931 (2003); Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir.), cert. denied, 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Williams has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED.